IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

*In Re: Boston Scientific Corp.
Pelvic Repair System Products Liability Litigation
MDL No. 2326*

Civil Action No. 2:14-cv-06256

## SHORT FORM COMPLAINT

Come now the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2326 by reference. Plaintiff(s) further show the Court as follows:

1. Female Plaintiff:

   Melissa Diane Green

2. Plaintiff Husband (if applicable):

   Jason Green

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. State of Residence:

   Georgia

5. District Court and Division in which venue would be proper absent direct filing:

   Absent direct filing, venue would be proper in Massachusetts District Court and in the Domicile of the plaintiff, which is Georgia Northern District Court, Rome, GA.

6. Defendants (Check Defendants against whom Complaint is made):

   ☒   A. Boston Scientific Corporation

   ☐   B. American Medical Systems, Inc. ("AMS")

   ☐   C. Johnson & Johnson

   ☐   D. Ethicon, Inc.

   ☐   E. Ethicon, LLC

   ☐   F. C. R. Bard, Inc. ("Bard")

   ☐   G. Sofradim Production SAS ("Sofradim")

   ☐   H. Tissue Science Laboratories Limited ("TSL")

   ☐   I. Mentor Worldwide LLC

   ☐   J. Coloplast Corp.

7. Basis of Jurisdiction:

   ☒   Diversity of Citizenship

   ☐   Other: _____

   A. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   Paragraphs 1 through 8 of the Master Complaint

   B. Other allegations of jurisdiction and venue:

   A substantial portion of the events leading to Plaintiff's injuries arose in Georgia, making venue proper.

8. Defendants' products implanted in Plaintiff (Check products implanted in Plaintiff):

    ☐ The Uphold Vaginal Support System;

    ☐ The Pinnacle Pelvic Floor Repair Kit;

    ☐ The Advantage Transvaginal Mid-Urethral Sling System;

    ☐ The Advantage Fit System;

    ☐ The Lynx Suprapubic Mid-Urethral Sling System;

    ☒ The Obtryx Transobturator Mid-Urethral Sling System;

    ☐ The Prefyx PPS System;

    ☐ The Solyx SIS System; and/or

    ☐ Other

9. Defendants' Products about which Plaintiff is making a claim. (Check applicable products):

    ☐ The Uphold Vaginal Support System;

    ☐ The Pinnacle Pelvic Floor Repair Kit;

    ☐ The Advantage Transvaginal Mid-Urethral Sling System;

    ☐ The Advantage Fit System;

    ☐ The Lynx Suprapubic Mid-Urethral Sling System;

    ☒ The Obtryx Transobturator Mid-Urethral Sling System;

    ☐ The Prefyx PPS System;

    ☐ The Solyx SIS System; and/or

    ☐ Other

☐ Other

_____

10. Date of Implantation as to Each Product:

    January 26, 2009

11. Hospital(s) where Plaintiff was implanted (Including City and State):

    Cartersville Medical Center, Cartersville, GA

12. Implanting Surgeon(s):

    David Ben Warren, M.D.

13. Counts in the Master Complaint brought by Plaintiff(s)

    ☒ Count I – Negligence

    ☒ Count II – Strict Liability – Design Defect

    ☒ Count III – Strict Liability – Manufacturing Defect

    ☒ Count IV – Strict Liability – Failure to Warn

    ☒ Count V - Breach of Express Warranty

    ☒ Count VI – Breach of Implied Warranty

    ☒ Count VII (by the Husband) – Loss of Consortium

    ☒ Count VIII – Discovery Rule, Tolling and Fraudulent Concealment

4

☒ Count IX – Punitive Damages

☐ Other Count _____ If Plaintiff asserts additional claims, please state the factual and legal basis for these claims below:

_____

_____

_____

☐ Other Count _____ If Plaintiff asserts additional claims, please state the factual and legal basis for these claims below:

_____

_____

_____

Dated this 1st day of July, 2013

By: /s/ Fidelma L. Fitzpatrick
Donald A. Migliori (USDC of RI #4936)
Fidelma L. Fitzpatrick (USDC of RI #5417)
Jonathan D. Orent (USDC of RI #7408)
MOTLEY RICE LLC
321 S. Main Street, Suite 200
Providence, RI 02903
(401) 457-7700 Phone
(401) 457-7708 Facsimile
dmigliori@motleyrice.com
ffitzpatrick@motleyrice.com
jorent@motleyrice.com

Fred Thompson (USDC of SC #4081)
Motley Rice LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
(843) 216-9000 Phone
(843) 216-9450 Facsimile
fthompson@motleyrice.com

Attorneys for Plaintiff